**Fill in this information to identify the case:**

**Debtor 1** Sara R. Paxson

**Debtor 2** _____
(Spouse, if filing)

**United States Bankruptcy Court for the:** Central
**District of:** Illinois
(State)

**Case number:** 15-81807

Form 4100N

# Notice of Final Cure Payment         10/15

**File a separate notice for each creditor.**
**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

## Part 1:  Mortgage Information

**Name of creditor:** Caliber Home Loans, Inc.

**Court claim no. (if known):** 6

**Last 4 digits of any number you use to identify the debtor's account:** 7512

**Property address:** 2036 12th St.
Number      Street

Moline, IL 61265
City      State      ZIP Code

## Part 2:  Cure Information

| Total cure disbursements made by the trustee: | | Amount |
|---|---|---|
| a. Allowed prepetition arrearage: | ( a ) | $33,416.71 |
| b. Prepetition arrearage paid by the Trustee: | ( b ) | $33,416.71 |
| c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1( c ) : | ( c ) | _____ |
| d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1( c ) and paid by the Trustee: | ( d ) | _____ |
| e. Allowed postpetition arrearage: | ( e ) | _____ |
| f. Postpetition arrearage paid by the Trustee: | +( f ) | _____ |
| g. **Total.** Add Lines b, d, and f. | ( g ) | $33,416.70 |

**Debtor 1**  Sara R. Paxson
First Name   Middle Name   Last Name

Case number (if known)  15-81807

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Mortgage is paid through the trustee.

Current monthly mortgage payment: $ _____

The next postpetition payment is due on: _____
MM / DD / YYYY

☒ Mortgage is paid directly by the debtor(s).

### Part 4: A Response is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the Trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

✘ /s/ Marsha L. Combs-Skinner   Date  February 2, 2021
Signature

Trustee  Marsha L. Combs-Skinner
First Name   Middle Name   Last name

Address  P.O. Box 349
Number   Street

Newman, IL 61942
City   State   ZIP Code

Contact Phone  217-837-9730   Email  Trusteecs@ch13cdil.com

Form 4100N   Notice of Final Cure Payment   page 2

# Certificate of Service

The undersigned hereby certifies that a copy of the foregoing was served upon, Joel A. Deutsch, Attorney for the Debtor, Adam Bradley Hall, Attorney for Caliber Home Loans, Inc., and the United States Trustee, by electronic notification through ECF on February 2, 2021, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM-ECF participants:

Sara R. Paxson
2036 12th Street
Moline, IL 61265

U.S. Bank Trust, N.A.
c/o Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 73134

Adam Bradley Hall
Manley Deas & Kochalski LLC
1555 Lake Shore Dr.
Columbus, OH 43204-3825

By: /s/ Marsha L. Combs-Skinner
Marsha L. Combs-Skinner
Chapter 13 Standing Trustee